## NEW YORK SUPERIOR COURT — GENERAL TERM, JANUARY, 1894.

### NAYLOR et al. *v.* PELLY.

APPEAL from so much of an order as denied a motion by defendant to resettle findings of fact and law and the judgment.

*Edward S. Clinch,* for plaintiffs (respondents).

*Birdseye, Cloyd & Bayliss (Lucien Birdseye,* of counsel), for defendant (appellant).

*Per Curiam.* Order affirmed, with ten dollars costs and disbursements.

Present: FREEDMAN and GILDERSLEEVE, JJ.

---

## CITY COURT OF BROOKLYN — GENERAL TERM, NOVEMBER, 1893.

### BERTUCH *v.* DOWER.

#### Bill of particulars.

APPEAL from an order directing plaintiff to furnish "a bill of particulars of the exact time or times when, and the precise place or places where, * * * defendant is alleged to have spoken the alleged slanderous words set forth in the complaint herein."

*Charles E. Burke,* for plaintiff (appellant).

*Hirsch & Rasquin,* for defendant (respondent).

*Per Curiam.* The order appealed from should be modified by striking out the words "exact" and "precise." The appellant is entitled to the disbursements of this appeal, to be taxed by the clerk.

Present: CLEMENT, Ch. J., and VAN WYCK, J.
Order modified.